UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUSTIN Q GREGORY, Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-02441-SEB-MKK |
| MARK SEVIER, et al., Defendants. | ) | |

**Order Screening Second Complaint and Directing Further Proceedings**

Plaintiff Austin Gregory, who is incarcerated at New Castle Correctional Facility ("NCCF"), alleges in this case that he has been exposed to black mold at that prison. The Court screened Mr. Gregory's complaint as required by 28 U.S.C. § 1915A and has given him two opportunities to amend. His Second Amended Complaint is now subject to screening.

**I. Screening Standard**

When screening a complaint, the Court must dismiss any portion that is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). To determine whether the complaint states a claim, the Court applies the same standard as when addressing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). *See Schillinger v. Kiley*, 954 F.3d 990, 993 (7th Cir. 2020). Under that standard, a complaint must include "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662,

678 (2009). The Court construes *pro se* complaints liberally and holds them to a "less stringent standard than pleadings drafted by lawyers." *Cesal v. Moats*, 851 F.3d 714, 720 (7th Cir. 2017).

## II. The Second Amended Complaint

Mr. Gregory names UTM Lowe and UTM Nelson as defendants in the Second Amended Complaint. His factual allegations, summarized here, are accepted as true at the pleading stage. *See Lisby v. Henderson*, 74 F.4th 470, 472 (7th Cir. 2023).

From January of 2024 to October of 2025, Mr. Gregroy was exposed to black mold in the day room of his housing unit, causing a fungal infection in his feet. UTM Lowe and UTM Nelson were aware of the mold but did nothing to solve the problem.

## III. Discussion of Claims

Applying the screening standard to the factual allegations in the complaint, Mr. Gregory's claims shall proceed against UTM Lowe and UTM Nelson as Eighth Amendment deliberate indifference claims.

This summary of claims includes all of the viable claims identified by the Court. All other claims have been dismissed. If the plaintiff believes that additional claims were alleged in the complaint, but not identified by the Court, he shall have **through September 18, 2026,** in which to file a motion to reconsider the screening order.

The **clerk is directed** to terminate Mark Sevier and GEO Group Inc. as defendants and add UTM Lowe and UTM Nelson as defendants on the docket.

## IV. Conclusion and Service of Process

The **clerk is directed** pursuant to Fed. R. Civ. P. 4(c)(3) to issue process to the defendants in the manner specified by Rule 4(d). Process shall consist of the second amended complaint, dkt.

[15], applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order.

Nothing in this Order prohibits the filing of a proper motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Date: 8/19/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

AUSTIN Q GREGORY
292617
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

UTM Lowe
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362

UTM Nelson
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362

Courtesy copy to:

**Adam Garth Forrest**
BBFCS ATTORNEYS
27 North Eighth Street
Richmond, IN 47374

The GEO Group, Inc.
c/o CORPORATE CREATIONS NETWORK INC.
8520 Allison Pointe Blvd #220
Indianapolis, IN, 46250